IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–01936-PAB-KMT

ELEST CARLOS MARQUEZ,

    Petitioner,

v.

LOU ARCHULETA,
JOHN W. SUTHERS and
ARISTEDES W. ZAVARAS,

    Respondents.

## ORDER

This matter is before the court *sua sponte*.

IT IS HEREBY **ORDERED** that on or before **September 30, 2009**, the Clerk of the Denver District Court shall provide to this court the original written record of Denver criminal case no. 03CR713, *People v. Marquez*.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Denver District Court by facsimile to **(720) 865-8582** and by regular mail to Clerk of the Denver District Court, 1437 Bannock Street, Denver, Colorado 80202.

Dated this 4th day of September, 2009.

    **BY THE COURT:**

    Kathleen M. Tafoya
    United States Magistrate Judge