
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

CIVIL ACTION NO. 07-cv-01936 PAB-KMT

ELEST CARLOS MARQUEZ,

    Applicant,

v.

LOU ARCHULETA, Warden of the Arkansas Valley Correctional Facility,
JOHN W. SUTHERS, Attorney General of the State of Colorado, and
ARISTEDES W. ZAVARAS, Executive Director, Colorado Department of Corrections,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED April 15, 2010.

                BY THE COURT:

                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01936 PAB-KMT

District Court, City and County of Denver
Denver City & County Bldg.
1437 Bannock St. Rm 256
Denver, CO 80202

Elest Carlos Marquez
#119321
Arkansas Valley Correctional Facility(AVCF)
P.O. Box 1000
Crowley, CO 81034

John Jacob Fuerst, III - Colorado Attorney General's Office - Appellate Section
**DELIVERED ELECTRONICALLY**

Laurie A. Booras - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

   I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 4/20/10.

GREGORY C. LANGHAM, CLERK

By:_____
         Deputy Clerk